# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-7091**　　　　　　　　　　　　　**September Term, 2021**

　　　　　　　　　　　　　　　　　　　　　　　**1:20-mc-00046-ZMF**

　　　　　　　　　　　　　　　　　　　　　　　**Filed On: January 6, 2022**

Natalie Menashe, individually and as parent and natural guardian of minor R.M. and as personal representative of the Estate of Amir Menashe, et al.,

　　　　Appellants

　　v.

Covington & Burling, LLP,

　　　　Appellee

　　**BEFORE:**　　Wilkins, Rao, and Jackson, Circuit Judges

## O R D E R

　　Upon consideration of the motion to determine appellate jurisdiction and for remand with instructions, the response thereto, and the reply, it is

　　**ORDERED** that this appeal be dismissed for lack of jurisdiction and that the case be remanded to the district court for assignment to a district judge. Appellants appeal a magistrate judge's denial of their application for an order permitting discovery under 28 U.S.C. § 1782. Contrary to the magistrate judge's assertion, however, this court lacks appellate jurisdiction to review the merits of that decision unless appellants first seek review by a district judge. See Charter Oil Co. v. Am. Emps. Ins. Co., 69 F.3d 1160, 1171-72 (D.C. Cir. 1995); CNPq-Conselho Nacional de Desenvolvimento Cientificoe Technologico v. Inter-Trade, Inc., 50 F.3d 56, 57 (D.C. Cir. 1995) (per curiam); Int'l Action Ctr. v. United States, 100 F. App'x 1, 2 (D.C. Cir. 2004) (per curiam). Appellants have filed written objections to the magistrate judge's decision for consideration by a district judge, and appellee has responded to those objections. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72. Accordingly, we dismiss this appeal and remand the case to the district court for assignment of a district judge to consider appellants' objections, to the extent they have been properly presented. See Ashker v. Newsom, 968 F.3d 975, 985 (9th Cir. 2020); see also Fed. R. Civ. P. 72.

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 21-7091**  **September Term, 2021**

    Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**<u>Per Curiam</u>**

                                      **FOR THE COURT:**
                                      Mark J. Langer, Clerk

BY:     /s/
           Manuel J. Castro
           Deputy Clerk