UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
------------------------------------------------------------------------X

In re Application of NATALIE MENASHE, *et al.*, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding

Case No. 20-mc-00046-ABJ

NATALIE MENASHE, *et al.*,
                Petitioners,
v.

COVINGTON & BURLING LLP,
                Respondent.
------------------------------------------------------------------------X

## STATUS REPORT

Pursuant to the Court's January 6, 2025 minute order, the Petitioners file this Status Report to update the Court of the status of their efforts to obtain the documents at issue in this matter through a Letter of Request pursuant to the Hague Evidence Convention.

In their previous status report the Petitioners explained that on December 16, 2024, their motion to the Israeli court for a Letter of Request pursuant to the Hague Evidence Convention requesting the assistance of the Republic of Cyprus in obtaining the materials at issue in this matter directly from Mr. Abu Nahl was withdrawn without prejudice after the Israeli judge expressed concerns about the deposition prong of Petitioners' motion, and that their Israeli counsel were weighing filing a renewed Hague Evidence motion solely for the document requests.

On January 22, 2025, Petitioners filed a motion in the Israeli court to schedule a pre-trial hearing regarding Petitioners' renewed Hague motion, and other outstanding discovery issues.

The same day, January 22, 2025, Judge Anat Singer issued an order stating that the case had just been assigned to her, directing the parties to file a summary of the status of the proceed-

ings within 30 days, and holding in abeyance pending receipt of the status summary Petitioners' request to schedule a pre-trial hearing regarding the Hague Evidence motion.

Thus, the status summary requested by Judge Singer will be filed by February 21, 2025, after which she will rule on the Petitioners' motion to schedule a pre-trial hearing regarding their Hague Evidence motion seeking the Abu Nahl documents at issue in the above-captioned matter.

In light of the above, and the efficiency and resource-preservation grounds previously detailed by Petitioners in support of holding this matter in abeyance pending the disposition of the Hague Evidence Convention proceedings in the Israeli action, Petitioners request to file another status report within 60 days, advising the Court as to the status of those proceedings.

Dated: February 6, 2025               Respectfully submitted,

/s/ Asher Perlin_____
Asher Perlin
Bar I.D. FL0006
4600 Sheridan Street, Suite 303
Hollywood, Florida 33021
(786) 687-0404
asher@asherperlin.com
*Attorney for the Petitioners*